# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JAMES LEVERETT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CSX TRANSPORTATION, INC., | : | |
| Defendant. | : | NO. CV201-155 |

## ORDER

The Court has adopted the Eleventh Circuit's order regarding Plaintiff's clothing exposure claim. See Doc. No. 66. Because this was the only claim in the case, the Court erred when it further ordered that "the above styled case be reopened as to Defendant, CSX Transportation, Inc. only." Id. The Clerk is directed to close the case and enter judgment accordingly.

SO ORDERED, this 25 day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)